**United States Bankruptcy Court**
**District of District of Columbia**

**IN RE:**                                                                                            Case No. _____

**Barnes, Marc S & Barnes, Anne M**                                                Chapter **11**
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's Local Bankruptcy Rules, consists of __**4**__ pages and a total of __**28**__ entities listed.

2. The attached list contains a true and correct name and address of:

   · each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

   · each of the parties required to be listed on Schedule G -Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

   · each entity required to be listed on Schedule H -Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **27th** day of _____**July**_____, **2010** by:

                                                                          */s/ Marc S Barnes*_____
                                                                          Debtor

Executed on this **27th** day of _____**July**_____, **2010** by:

                                                                          */s/ Anne M Barnes*_____
                                                                          Joint Debtor (if joint case filed by both spouses)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only