UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| | ) | Chapter 11 |
| MARC BARNES | ) | Case No. 10-00743 |
| | ) | |
| ANN BARNES | ) | |
| | ) | |
| Debtors. | ) | Judge S. Martin Teel, Jr. |
| | ) | |

ORDER GRANTING LIMITED OBJECTION OF ENHANCED CAPITAL
DISTRICT FUND, LLC TO DEBTORS' MOTION TO SELL 1350 OKIE STREET N.E.,
WASHINGTON, D.C. FREE AND CLEAR OF LIENS AND ENCUMBRANCES WITH
LIENS AND ENCUMBRANCES TO ATTACH TO PROCEEDS OF SALE

Upon consideration of the *Objection of Enhanced Capital District Fund, LLC to the Debtors' Motion to Sell 1350 Okie Street N.E., Washington, D.C. Free and Clear of Liens and Encumbrances with Liens and Encumbrances to Attach to Proceeds of Sale* (the "Limited Objection")[1]; and it being found that this Court has jurisdiction; and it appearing that venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having considered the Motion and Limited Objection and statements of counsel at the hearing and the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Limited Objection.

1

record and after due deliberation and sufficient cause appearing therefore; and good and sufficient cause appearing therefore, IT IS HEREBY:

ORDERED that:

1. The Motion is hereby GRANTED AS MODIFIED HEREIN;

2. The Debtor Marc S. Barnes may sell the Property free and clear of all liens and encumbrances, with the liens and encumbrances to attach to the proceeds of the Sale;

3. The proceeds of the Sale shall first be used to pay, in full and upon the closing of the Sale, the existing lien of Eagle Bank;

4. The proceeds of the Sale shall second be used to pay, in full and upon the closing of the Sale, the existing lien of Enhanced Capital and Exhibit 1 to the Motion (i.e., the Purchase Agreement between the Debtor Marc S. Barnes and the Purchaser) shall be amended to appropriately reflect this distribution; and

5. The balance of the sale proceeds, if any, shall be deposited into an attorney or other interest bearing escrow account for further distribution to be determined by any other secured creditors and the Debtor Marc S. Barnes.

_____

Copies to:

Kim Y. Johnson, Esquire
Michael Lichenstein, Esquire, Counsel for Eagle Bank
Marc S. Barnes
Enhanced Capital District Fund
Nelson Deckelbaum, Esquire, Counsel for Michael Ruben
Office of the U.S. Trustee

2