FILED
OCT 07 2010
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | Chapter 11 |
| MARC BARNES | ) | Case No. 10-00743 |
|  | ) |  |
| ANN BARNES | ) |  |
|  | ) |  |
| Debtors. | ) | Judge S. Martin Teel, Jr. |
|  | ) |  |

## MOTION FOR LEAVE TO FILE PAPER COPY OF LIMITED OBJECTION IN LIEU OF USE OF COURT'S ECF SYSTEM

Enhanced Capital District Fund, LLC ("Enhanced Capital"), by and through its undersigned counsel, hereby moves for leave to file a paper copy of, in lieu of filing electronically, its Limited Objection to the Notice of Motion to Sell 1350 Okie Street N.E., Washington, D.C. Free and Clear of Liens and Encumbrances With Liens and Encumbrances to Attach to Proceeds of Sale filed by Marc Barnes and Anne Barnes.

For cause, Enhanced Capital notes that: (1) undersigned counsel is in the process of obtaining ECF login privileges but that (2) the hearing on this and any other Objections regarding the proposed sale is scheduled for tomorrow, October 8, 2010. Upon obtaining ECF login privileges, the undersigned will of course utilize the ECF for any such future pleadings.

Date: October 7, 2010

Robert T. Kugler, (MN Bar # 0194116)
Lara O. Glaesman, (MN Bar # 0316866)
**LEONARD, STREET AND DEINARD**
*Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-7063
Facsimile: (612) 335-1657
Robert.Kugler@leonard.com
Lara.Glaesman@leonard.com

AND

1

Date: October 7, 2010

_____
Eric W. Bloom, (DC Bar # 417819)
Myja K. Kjaer, (IL Bar # 6289949)
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C. 2006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
ebloom@winston.com
mkjaer@winston.com

**ATTORNEYS FOR ENHANCED CAPITAL
DISTRICT FUND, LLC**