UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC BARNES | ) Chapter 11 ) Case No. 10-00743 ) |
| ANN BARNES | ) ) ) |
| Debtors. | ) Judge S. Martin Teel, Jr. ) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE PAPER COPY OF LIMITED OBJECTION IN LIEU OF USE OF COURT'S ECF SYSTEM**

Upon consideration of the *Motion of Enhanced Capital District Fund, LLC for Leave to File Paper Copy In Lieu of Use of Court's ECF System*; and it being found that good cause exists, IT IS HEREBY:

ORDERED that:

1. The Motion is hereby GRANTED; and

2. The Limited Objection to the Notice of Motion to Sell 1350 Okie Street N.E., Washington, D.C. Free and Clear of Liens and Encumbrances With Liens and

1

Encumbrances to Attach to Proceeds of Sale filed by Marc Barnes and Anne Barnes may be filed by paper copy in lieu of reliance on the Court's ECF system.

_____

Copies to:

Kim Y. Johnson, Esquire
Michael Lichenstein, Esquire, Counsel for Eagle Bank
Marc S. Barnes
Enhanced Capital District Fund
Nelson Deckelbaum, Esquire, Counsel for Michael Ruben
Office of the U.S. Trustee