# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Case No. 10-00743-SMT** |
| MARC AND ANNE BARNES, | ) ) | Chapter 11 |
| Debtors. | ) ) |  |

_____

|  |  |  |
|---|---|---|
| MARC AND ANNE BARNES, | ) ) |  |
| Movants, | ) ) ) | **Contested Matter: Docket No. 341** |
| v. | ) ) |  |
| WILMINGTON TRUST, NA, | ) ) |  |
| Respondent. | ) |  |

### JOINT STATUS REPORT REGARDING
### MOTION FOR DETERMINATION OF THE TREATMENT OF THE CLAIM OF EMC MORTGAGE (NOW SELECT PORTFOLIO SERVICING, INC.) UNDER THE PLAN

Marc and Anne Barnes, Movants in the above-captioned contested matter ("Movants"), and Wilmington Trust, NA, successor trustee to Citibank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-6 ("Respondent") (collectively, the "Parties") jointly file this Status Report and state as follows:

1.    On March 26, 2019, the Movants filed a Motion for Determination of the Treatment of the Claim of EMC Mortgage (Now Select Portfolio Servicing, Inc.) under the Plan (the "Motion"). On April 16, 2019, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-6 c/o Select Portfolio Servicing, Inc. filed a Response to that motion.

CORE/3517780.0002/155339229.1

2. At a hearing on this matter on June 4, 2019, the Court set a discovery, motions, and trial schedule for this contested matter, which was modified by Orders entered on September 26, 2019 and October 28, 2019.

3. On January 6, 2020, the Court entered an Order Holding in Abeyance the Schedule on the Motion. [Doc. No. 375]. That Order was entered upon the Parties' motion, which informed the Court that the Parties have reached a settlement in principle of the dispute that is the subject of this contested matter and which should resolve the need for further proceedings on the Motion.

4. In their motion requesting the abeyance, the Parties noted that they intended to jointly advise the Court as to the status of documentation of their settlement within thirty days from the entry of an Order holding the schedule in abeyance.

5. Accordingly, the Parties now report that they have prepared and exchanged versions of a draft settlement agreement and are in the process of finalizing the final settlement agreement. The Parties are hopeful that they will have an executed settlement agreement shortly at which time they will note the resolution of this contested matter.

Dated: February 3, 2020

/s/ Steven K. White
Steven K. White, No. 367371
Marc E. Albert, No. 345181
Matthew Smilowitz, No. 501077
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9963
steven.white@stinson.com
marc.albert@stinson.com
matthew.smilowitz@stinson.com
*Counsel for Marc and Anne Barnes,
Movants and Reorganized Debtors*

Respectfully submitted,

/s/ Daniel A. Glass
Daniel A. Glass, Esq. (Fed. Bar No. 494041)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Ave., NW, Suite 1200
Washington, D.C. 20006
Phone: (202) 659-6651
Fax: (202) 659-6699
dglass@eckertsemans.com
*Counsel for Wilmington Trust, NA,
Successor Trustee to Citibank, N.A., as
Trustee f/b/o holders of Structured Asset
Mortgage Investments II Inc., Bear Stearns
ALT-A Trust, Mortgage Pass-Through
Certificates, Series 2006-6*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of February 2020, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system which will serve this Joint Status Report electronically via Notice of Electronic Filing upon all counsel of record.

                                              /s/ Steven K. White
                                              Steven K. White
                                              *Counsel for Marc and Anne Barnes,*
                                              *Movants and Reorganized Debtors*